```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  ROGER ARDEN ELSETH;  PATRICIA )
    ANN ELSETH; and, ALLEN ELSETH )   2:08-cv-02890-GEB-KJM
12  by his guardian ad litem ROGER)
    ARDEN ELSETH and PATRICIA ANN )   ORDER
13  ELSETH,                       )
                                  )
14            Plaintiffs,         )
                                  )
15       vs.                      )
                                  )
16  VERNON SPEIRS, Chief Probation)
    Officer of the County of      )
17  Sacramento;  DAVID GORDON,    )
    Superintendent Sacramento     )
18  County Department of          )
    Education;  SHERIFF of the    )
19  County of Sacramento,         )
    Deputy Sheriff TAM;  Deputy   )
20  Sheriff ALLENGUIRY;           )
    DR. SAXTON, M.D.;  DOES J1 to )
21  J20, and Does E1 to E20,      )
                                  )
22            Defendants.         )
    _____)
23
```

            Plaintiffs' Application to appoint Roger Arden Elseth and
Patricia Ann Elseth as guardian ad litem to represent Allen Elseth
in this action is granted.  However, it is unclear why Plaintiff
attached his "Psychiatric Evaluation" to the Application.  If
Plaintiff files another Application without his "Psychiatric

1  Evaluation," and a proposed order directing the Clerk of Court to
2  delete docket number 6, which contains Plaintiff's Psychiatric
3  Evaluation, docket number 6 could be deleted.  See generally CBS,
4  Inc. v. United States Dist. Court for Cent. Dist., 765 F.2d 823,
5  825-26 (9th Cir. 1985) (indicating that an improvidently-filed
6  document could be removed from the record).
7       IT IS SO ORDERED.
8  Dated:  December 3, 2008

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge