UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| ROGER ARDEN ELSETH, PATRICIA ANN ELSETH AND ALLEN ELSETH by his guardian ad litem ROGER ARDEN ELSETH and PATRICIA ANN ELSETH,<br><br>  Plaintiffs<br><br>vs.<br><br>VERNON SPEIRS, Chief Probation Officer of Sacramento County, DAVID GORDON, Superintendent Sacramento County Department of Education, Sheriff of the County of Sacramento, Deputy Sheriff Tam, Deputy Sheriff Allenguiry, Dr. Saxon, M.D., DOES J1 to J20, and DOES E1 to E20, inclusive, and DOES M1 to M5,<br><br>  Defendants. | Case No. 2:08-cv-02890-GEB-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT DAVID GORDON TO RESPOND TO COMPLAINT** |

## STIPULATION

Plaintiffs ROGER ARDEN ELSETH, PATRICIA ANN ELSETH AND ALLEN ELSETH by his *guardian ad litem* ROGER ARDEN ELSETH and PATRICIA ANN ELSETH, and defendant DAVID GORDON, NAMED IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF SCHOOLS, COUNTY OF SACRAMENTO, do hereby stipulate for an order extending time for defendant DAVID GORDON to answer, or otherwise respond, to the Plaintiffs' complaint in the above-captioned matter, as follows:

1. This case was commenced on or about December 2, 2008, with Plaintiffs requesting that Defendant David Gordon waive service of complaint and summons pursuant to Rule 4 of the FRCP.  The Complaint was amended on or about January 6, 2009.

2. For purposes of service of the complaint in this matter dated January 6, 2009 only, (including summons and complaint) upon Defendant David Gordon, David Gordon has authorized the law firm of Trujillo & Vinson, LLP (via attorney Phillip Trujillo) to accept service on his behalf, via electronic mail from Plaintiffs' counsel, James Joseph Lynch, Jr..  Mr. Trujillo received such service in this matter, via electronic mail from Mr. Lynch, on January 8, 2009.  Nothing in this stipulation shall be deemed a consent to jurisdiction or otherwise waive Gordon's rights or limit his ability to respond to the complaint in any way.

3. In exchange, Plaintiffs and Defendant Gordon hereby agree and stipulate to extend time for response of Gordon, in that Gordon shall have until no later than February 13, 2009 to answer, or otherwise respond, to the Complaint in this matter.

Based upon the foregoing, the parties jointly request an order approving the agreed extension of time to respond to the complaint in this matter.

IT IS SO STIPULATED.

Respectfully submitted,

By:

Date: _____January 13, 2009_____


          /s/ James Joseph Lynch, Jr._____
JAMES JOSEPH LYNCH, JR.
Attorney at Law
4144 Winding Way, Suite 115
Sacramento, CA  95841
Counsel for Plaintiffs

And

Date: _____January 16, 2009_____


       /s/ Phillip A. Trujillo_____
PHILLIP A. TRUJILLO
Trujillo & Vinson, LLP
609 Gregory Lane, Suite 200
Pleasant Hill, CA  94523
Counsel for Defendant David Gordon in his Official
Capacity as County Superintendent of Schools

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**
Page 3 of 4

# [PROPOSED] ORDER

THE PARTIES HAVING STIPULATED TO THE FOREGOING,

IT IS HEREBY ORDERED that

Pursuant to the attached stipulation, Defendant David Gordon shall have until no later than February 13, 2009 to answer, or otherwise respond, to the Complaint in this matter.

Dated: 2/3/09

_____
GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE