**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Michael W. Pott, SBN 186156
Colleen R. Tang, SBN 257661
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
VERNON SPEIRS, RONALD TAM,
and JEFF ELORDUY (erroneously sued as ALLENGUIRY)

James Joseph Lynch, Jr., SBN 85085
Attorney At Law
4144 Winding Way, Suite 106
Sacramento, Ca 95841-4427

Attorney for Plaintiffs
ROGER ARDEN ELSETH, PATRICIA ANN ELSETH,
and ALLEN ELSETH

SCHUERING ZIMMERMAN SCULLY
TWEEDY & DOYLE, LLP
Robert H. Zimmerman, SBN 84345
400 University Avenue
Sacramento, California 95825-6502

Attorney for Defendant
RICHARD SAXTON, M.D.

ANWYL, SCOFFIELD & STEPP, LLP
James T. Anwyl, SBN 78715
400 University Avenue
Sacramento, CA 95825-6502

Attorney for Defendant
DAVID GORDON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ARDEN ELSETH, PATRICIA ANN ELSETH and ALLEN ELSETH by his guardian ad litem, ROGER ARDEN ELSETH and PATRICIA ANN ELSETH<br><br>    Plaintiffs,<br><br>vs.<br><br>VERNON SPEIRS, Chief Probation Officer of the County of Sacramento; DAVID GORDON, Superintendent Sacramento County Department of Education; Sheriff of the County of Sacramento, Deputy Sheriff Tam, Deputy Sheriff Allenguiry, Dr. Saxton, M.D., DOES J1 to J20, and DOES E1 to E20, inclusive, and DOES MI to M5,<br><br>    Defendants.<br>_____/ | CASE NO.   2:08-CV-02890-GEB-KJM<br><br>**ORDER RE: STIPULATED REQUEST TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |

Based of the parties' request, the Status (Pretrial Scheduling) Order is modified as follows:

The date by which the parties shall comply with Federal Rule of Civil Procedure 26(a)(2)'s expert witness disclosure requirements is continued from August 21, 2009, to October 21, 2009.

The date by which the parties shall disclose any contradictory and/or rebuttal expert disclosure authorized under the Rule 26(a)(2)(c)(ii)rule is continued from September 21, 2009 to November 23, 2009.

**IT IS SO ORDERED.**

Dated: August 4, 2009

_____
Garland E. Burrell, Jr.
United States District Judge