```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


ROGER ARDEN ELSETH; PATRICIA ANN    )
ELSETH; and ALLEN ELSETH by his     )
guardian ad litem ROGER ARDEN       )
ELSETH and PATRICIA ANN ELSETH,     )
                                    )
               Plaintiffs,          )   2:08-cv-02890-GEB-KJM
                                    )
          v.                        )   NOTICE OF FILING
                                    )
VERNON SPEIRS, Chief Probation      )
Officer of the County of            )
Sacramento, individually; DAVID     )
GORDON, Superintendent Sacramento   )
County Department of Education,     )
individually; Deputy Probation      )
Officer RONALD TAM, individually;   )
Deputy Probation Officer JEFF       )
ELORDUY, individually; DR. RICHARD  )
SAXTON, M.D., individually,         )
                                    )
               Defendants.          )
_____)
```

The attached letter dated May 17, 2010, was sent to the undersigned judge and is hereby filed with the following redacted: the address, telephone number and email address of plaintiffs Roger Elseth and Patricia Elseth.

Dated:  May 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

May 17, 2010

U.S. District Court
501 I Street
Sacramento, CA 95814

Dear Judge Burrell:

We have been involved in a lawsuit against Sacramento County being represented by an attorney named James J. Lynch, Civil nr: 2:08-CV-02890-GEB-KJM. Since April 24, 2010 I have not been able to contact him. His phone is disconnected, he does not respond to e-mail and he has moved out of his office. I feel as though he has abandoned us and I have no explanation why.

As this is a highly unusual situation, we need advice as to what we should do. Should we try to find another attorney? Should we contact the California Bar Association? Can we put this case on hold until we are able to make arrangements to hire another attorney? Do we have to start all over and file a new lawsuit or can a new attorney take the existing case to completion?

Your advice and assistance will be greatly appreciated.

Sincerely,

*Roger & Patricia Elseth* (signature)

Roger and Patricia Elseth