IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ARDEN ELSETH; PATRICIA ANN ELSETH; and ALLEN ELSETH, by his guardian ad litem, ROGER ARDEN ELSETH and PATRICIA ANN ELSETH,<br><br>              Plaintiffs,<br><br>   v.<br><br>VERNON SPEIRS, Chief Probation Officer of the County of Sacramento, individually; DAVID GORDON, Superintendent Sacramento County Department of Education, individually; Deputy Probation Officer RONALD TAM, individually; Deputy Probation Officer JEFF ELORDUY, individually; DR. RICHARD SAXTON, M.D., individually,<br><br>              Defendants. | 2:08-cv-02890-GEB-KJM<br><br>ORDER VACATING JUDGMENT AND CONTINUING PRETRIAL CONFERENCE |

        Judgment was mistakenly entered in this action on November 22, 2010 in response to the court's order issued on November 22, 2010. (ECF No. 115.) However, the November 22, 2010 Order granted certain defendants' motion for summary adjudication, not summary judgment of the entire action. Therefore, the judgment filed on November 22, 2010 is vacated.

        Further, the final pretrial conference scheduled for January 24, 2011 is rescheduled to commence at 3:30 p.m. on March 21, 2011. The parties shall file a **JOINT** pretrial statement no later than seven (7)

1

1 calendar days prior to the final pretrial conference, and shall submit
2 proposed jury instructions on liability and affirmative defenses with
3 the joint pretrial statement.

Dated:   December 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge