IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ELSETH, by his guardians ad litem, Roger Elseth and Patricia Ann Elseth,<br><br>  Plaintiff,<br><br>   v.<br><br>Deputy Probation Officer Jeff Elorduy, individually,<br><br>  Defendant.<br>_____ | 2:08-cv-02890-GEB-CMK<br><br><u>TRIAL SCHEDULE</u> |

   This communication responds to inquiries about the trial schedule in this case, which is as follows: trial commences at 9:00 a.m. on Tuesday, Wednesday, and Thursday of each week, and usually adjourns at approximately 4:30 p.m. However, once the jury begins deliberating, counsel shall be available for communication with the jury during the above mentioned time Monday through Friday.

Dated:  August 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1