
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN ELSETH, by his guardians ad litem, Roger Elseth and Partricia Ann Elseth,<br><br>      Plaintiff,<br><br>    v.<br><br>Deputy Probation Officer Jeff Elorduy, individually,<br><br>      Defendant.<br>_____ | 2:08-cv-02890-GEB-CKD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

Plaintiff filed a "Notice of Settlement" on February 15, 2012, in which he states as follows:

> [T]he parties have reached a settlement in the above-entitled matter in full resolution of claims asserted by Plaintiff ALLEN ELSETH by and through his Guardians ad Litem, PATRICIA ELSETH and ROGER ELSETH. All parties respectfully request that the Court grant them a total of seventy-five (75) days to complete and file all dismissal and dispositive papers. The parties will have a settlement agreement completely executed within the next thirty (30) days. Plaintiff will then file the requisite Motion for Approval of the Proposed Settlement pursuant to E.D. Local Rules, Rule 202, within fifteen (15) days following execution of the settlement agreement. The settlement is conditioned upon approval by the County of Sacramento. Notification regarding the approval will be provided to Plaintiff's counsel within 15 days of the filing of the Notice of Settlement.

(ECF No. 199, 1-2.) Plaintiff also requests in the Notice of Settlement that "this case [be removed] from the civil active list and . . . any upcoming hearing and trial dates [be vacated]." Id. at 2.

Therefore, a dispositional document shall be filed no later than April 30, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the trial scheduled to commence on February 28, 2012, is vacated. A status conference is scheduled on May 21, 2012, at 9:00 a.m., in the event no dispositional document is filed, or if this action is not otherwise dismissed. A joint status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  February 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2