IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEN ELSETH, by his guardians )
ad litem, Roger Elseth and    )   2:08-cv-2890-GEB-CKD
Partricia Ann Elseth,         )
                              )
         Plaintiff,           )   ORDER APPROVING SETTLEMENT
                              )
    v.                        )
                              )
Deputy Probation Officer Jeff )
Elorduy, individually,        )
                              )
         Defendant.           )
_____)

      Roger and Patricia Elseth, as guardians ad litem for Plaintiff Allen Elseth, filed a motion on April 3, 2012, seeking an order approving the settlement in this case. (ECF No. 201.) The motion is made under Local Rule 202, on the ground that Plaintiff is incompetent due to a developmental disability. The settlement agreement, which is attached to the motion, is approved without any modification. The hearing on the motion, currently scheduled to commence at 9:00 a.m. on April 20, 2012, is vacated.

Dated:  April 3, 2012

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge